# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| LARCENA FIELDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) | No. 05-0149-CV-W-DW-SSA |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Without Prejudice (Doc. 12). Counsel for the Plaintiff states that after careful review of the administrative record, he is of the opinion that the Commissioner's decision below is grounded in law and fact. Accordingly, the motion is granted. The case is dismissed without prejudice.

IT IS SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court

Date: September 28, 2005